AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi



SOUTHERN DISTRICT OF MISSISSIPPI
FILED
NOV - 1 2016
ARTHUR JOHNSTON
BY_____ DEPUTY

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No.  3:16CR74 WHB-LRA 05 |
| ZARIA FRANCO | ) |
| (Wherever Found) | ) |
| | ) |
| *Defendant* | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Zaria Franco                                                                                                     ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Possess with Intent to Distribute a Controlled Substance.

ARTHUR JOHNSTON, CLERK

Date:   09/08/2016

*Issuing officer's signature*

City and state:    Jackson, MS

T. Carruth, Deputy Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)*  09-16-16  , and the person was arrested on *(date)*  09-19-16
at *(city and state)*  Houston, TX.

Date:  10-28-16

*Arresting officer's signature*

S. Moore, Deputy U.S. Marshal
*Printed name and title*