IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.                                    CRIMINAL NO. 3:16cr74WHB-LRA

ANTWAINE RHODES

### FINAL ORDER OF FORFEITURE

WHEREAS, on May 16, 2017, this Court entered an Agreed Preliminary Order of Forfeiture, ordering defendant to forfeit:

1) $125,000.00 United States Currency from safe deposit Box no. 351, Trustmark Bank;

2) $94,890.00 United States Currency from safe deposit box no. 1332, Trustmark Bank;

3) $5,620.00 United States Currency;

4) $111,497.50 United States Currency;

5) $20,980.00 United States Currency;

6) 2007 GMC Z71 VIN 2GTEK13M571651501;

7) 2013 Honda Acord VIN 1HGCR2F59DA036305;

8) 2009 Toyota Avalon VIN 4T1BK36B19U329255;

9) $100,000.00 United States Currency; and

10) 2006 Toyota Avalon VIN 4T1BK36B16U117242

(the Subject Property), and

WHEREAS, the United States caused to be published via the internet at www.forfeiture.gov, notice of this forfeiture and of the intent of the United States to dispose of the property in accordance with the law and as specified in the Agreed Preliminary Order of Forfeiture,

and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property; and

WHEREAS, no timely claim has been filed; and

WHEREAS, the Court finds that defendant had an interest in the property that is subject to forfeiture pursuant to Title 21 U.S.C. § 853;

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that

1) **$125,000.00 United States Currency from safe deposit Box no. 351, Trustmark Bank;**

2) **$94,890.00 United States Currency from safe deposit box no. 1332, Trustmark Bank;**

3) **$5,620.00 United States Currency;**

4) **$111,497.50 United States Currency;**

5) **$20,980.00 United States Currency;**

6) **2007 GMC Z71 VIN 2GTEK13M571651501;**

7) **2013 Honda Acord VIN 1HGCR2F59DA036305;**

8) **2009 Toyota Avalon VIN 4T1BK36B19U329255;**

9) **$100,000.00 United States Currency; and**

10) **2006 Toyota Avalon VIN 4T1BK36B16U117242**

are hereby forfeited to the United States of America pursuant to Title 21, United States Code, § 853.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all right, title and interest to the property described above is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law; and

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

SO ORDERED AND ADJUDGED, this the 22nd day of August, 2017.

s/William H. Barbour, Jr.  
UNITED STATES DISTRICT JUDGE