

Dear Judge,

To whom may concern my name is Mervyn Bankston. I have issues and questions about my case and things I wish to have filed. I have a good attorney, but we have a conflict of issues pertaining to my case. I'm not a attorney, its just things that have went on thru out this process in which I don't understand. My biggest concern is I am disable and never been in situation like this before. My parents are old and they have gaurdianship over me and make a lot of important decission for me. I am really asking the court to not let this process take advantage over me because of my disability. My parents don't want me to go to trial. I feel that I'm being pushed into this situation. I have requested a pre-trial conference and the counter offer on my pleas have been no. I don't have confidence in my attorney, because we have had disagreements. I haven't seen evidence or heard any phone calls. No motions have been filed on my behalf. It's just with my disability my decission making and thinking can be a little off, and trusting people with important things concerning my life is hard to do. I want to apologize if this is a inconvience. I just want to be treated equally and fair and not be taken advantage of. If you could help me on this matter. Don't want to cause any problems.

Thank You.

Mervyn Bankston

MERWYN BANKSTON
MADISON COUNTY DETENTION CENTER
2941 U.S. Highway 51
CANTON, MS 39046

Assigned to: William H. Barbour Jr.
Referred to: Linda R. Anderson

Federal Courthouse
501 East Court St
Jackson, MS 39201
Suite 2.500

39201-502525