IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION



UNITED STATES OF AMERICA

v.                                    CRIMINAL NO: 3:16CR74-WHB-LRA

MERWYN BANKSTON

## JURY VERDICT

We, the jury unanimously find the defendant, MERWYN BANKSTON, as follows:

1. As to the charge of conspiracy to possess with intent to distribute, how do you find?

   _____ Guilty         \_\_\_\_X\_\_\_\_ Not Guilty

   If you find the defendant guilty, proceed to the following questions:

2. We, the jury, as to the amount of cocaine hydrochloride, if any, unanimously find that the amount of cocaine hydrochloride was 500 grams or more:

   _____ Yes     _____ No

   If you answered "Yes," go to Question 3. If you answered "No" proceed to answer the following question:

   We the jury, unanimously find that the amount of the mixture of substance containing cocaine hydrochloride was less than 500 grams:

   _____ Yes     _____ No

3. We the jury unanimously find that the amount of the cocaine base "commonly referred to as "crack" was 280 grams or more:

   _____ Yes     _____ No

   If you answered No. 3 "Yes," stop here. If you answered "No," proceed to answer the following question:

We the jury unanimously find that the amount of the mixture of substance containing cocaine base "commonly referred to as "crack" was more than 28 grams but less than 280 grams.

\_\_\_\_\_ Yes   \_\_\_\_\_ No

If you answered "Yes," stop here. If you answered "No," proceed to answer the following question:

We the jury as to Count 1 unanimously find that the amount of the mixture of substance containing cocaine base "commonly referred to as "crack" was less than 28 grams.

\_\_\_\_\_ Yes   \_\_\_\_\_ No

This the 20 day of October, 2017.