**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

**UNITED STATES OF AMERICA**,

*Plaintiff*,

*v.*

**PATRICK HOLIDAY**,

*Defendant*.

CAUSE NO. 3:16-CR-74-CWR-LGI-001

### ORDER FOR EARLY TERMINATION OF SUPERVISED RELEASE

On November 29, 2018, this matter came before Senior United States District Judge William H. Barbour for a sentencing hearing. The defendant was sentenced by the Court to a term of eight-two (82) months imprisonment, which was to be followed by a five (5) year term of supervised release. On January 2, 2019, this case was reassigned to this Court. On January 20, 2022, the defendant began his term of supervised release. To date, the defendant has completed approximately three (3) years and seven (7) months of his term of supervision and pursuant to information supplied by probation, he has been in complete compliance with all conditions of his release. At this time, the defendant is seeking an early termination of his supervised release pursuant 18 U.S.C. § 3583(e)(1). The Court has heard from both the defendant and probation in his matter and hereby grants the request for early termination of the defendant's supervised release, based on the defendant's exemplary compliance under his term of supervised release.

**SO ORDERED**, this the 12th day of August, 2025.

                                                s/ Carlton W. Reeves
                                                UNITED STATES DISTRICT JUDGE